UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARMIN PARCHAMI, et al.,

      Plaintiffs,                       Case No. 25-cv-10410
                                           Hon. Matthew F. Leitman

v.

SECRETARY OF U.S. DEPARTMENT OF
HOMELAND SECURITY, Kristi Noem, et al.

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 14, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126